1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

CHARLES LAFFERTY, JR.,

8

Plaintiff,

3:22-cv-00147-MMD-CSD

9

v.

**ORDER**

10

WEILAND, *et al.*,

Re:  ECF No. 7

11

Defendants.

12

13

Before the court is Defendants' Motion to Vacate Early Mediation Conference set for Tuesday,

14

October 4, 2022 (ECF No. 7).

15

Good cause appearing, Defendants' Motion to Vacate Early Mediation Conference (ECF No.

16

7) is **GRANTED**.  The Inmate Early Mediation Conference set on **Tuesday, October 4, 2022, at**

17

**8:30 a.m.** is **VACATED**.

18

DATED:  September 16, 2022.

19
20

_____

21

UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27