# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES LAFFERTY, JR.,

                     Plaintiff,

  v.

WEILAND, *et al.*,

                     Defendants.

3:22-cv-00147-MMD-CSD

**ORDER**

Re: ECF No. 22

Before the court is Plaintiff's Request for Production of Documents, Inmate Files, Minutes, Records, Reports, Videos, Statistics and Regulations (ECF No. 22).  This request appears to be a discovery document. Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court.  LR 26-7.  The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

Therefore, Plaintiff's Request for Production of Documents, Inmate Files, Minutes, Records, Reports, Videos, Statistics and Regulations (ECF No. 22) is **STRICKEN** from the file.

**IT IS SO ORDERED.**

DATED:  December 12, 2022.



                                UNITED STATES MAGISTRATE JUDGE