AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Justin Milke, Chet Rigney and
James Weiland*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WEILAND, et al. <br><br> Defendants. | Case No. 3:22-cv-00147-MMD-CSD <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Charles Lafferty, Jr., in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 31ST day of January, 2024.

CHARLES LAFFERTY, JR.
*Plaintiff*

Dated: March 20, 2024

DATED this 31st day of January, 2024

AARON D. FORD
Attorney General

By: /s/ Douglas R, Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on 20th day of March, 2024, I electronically filed the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Charles Lafferty, #1082009
High Desert State Prison
P. O. Box 650
Indian Springs, NV  89070

/s/ *signature*
An employee of the
Office of the Nevada Attorney General